### FRANK X. LO SACCO *v.* POST NEWSWEEK STATIONS, CONNECTICUT, INC.
### (12188)

FOTI, LANDAU and FREEDMAN, Js.

Argued February 17—decision released March 8, 1994

*Frank X. Lo Sacco,* pro se, the appellant (plaintiff).

*James Sicilian,* with whom was *Barbara A. Petitjean,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.